B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:  
United Crane Rentals, Inc.  
Debtor(s)

Case No. **2:15-bk-25024**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| IUOE Local 825<br>65 Springfield Ave<br>Springfield, NJ 07081-1308 | Pitta & Giblin<br>28th Floor<br>120 Broadway<br>New York, NY 10271-0002 | | | 545,607.51 |
| Bay Crane Service Co Inc.<br>Cohen Seglias Pallas Greenhall<br>30 S 17th St<br>Philadelphia, PA 19103-4001 | Robert Ruggieri, Esq.<br>(215) 564-1700 | | Disputed | 134,123.53 |
| Tobia & Sorger<br>500 Supor Blvd<br>Harrison, NJ 07029-2064 | Ronald Tobia, Esq<br>(973) 746-6000 | | | 131,236.64 |
| Lomma Riggin<br>48 3rd St<br>Kearny, NJ 07032-4589 | James Lomma<br>(973) 589-2000 | | | 103,936.83 |
| Renegar & Driggers<br>474 Industrial Dr SW<br>Cleveland, TN 37311-8262 | Terry Driggers<br>(423) 472-2465 | | | 78,092.06 |
| Joseph Neri<br>Fruchter Weiss & Associates<br>726 Boulevard Ste 19<br>Kenilworth, NJ 07033-1757 | Harvey Fruchter<br>(908) 245-5800 | | | 52,500.00 |
| Sunoco | | | | 42,000.00 |
| Amex<br>P O Box 297871<br>Fort Lauderdale, FL 33329 | | | | 42,000.00 |
| Hoffman International<br>Byrnes O'hearn & Heugle LLC<br>28 Leroy Place<br>Freehold, NJ 07728 | Sean Byrnes Esq<br>(632) 219-7711 | | | 31,542.90 |
| Bruce Koner Cranes & Equipment<br>400 Franklin Ave<br>Rockaway, NJ 07866-4050 | (973) 989-7990 | | | 27,442.07 |
| Hunrath Napolitano Quigley Taylor<br>152 Central Ave 2nd FL<br>Clark, NJ 07066-1115 | Lennry Krieger,<br>(732) 499-0707 | | | 23,695.00 |
| Griffith Strickler Lerman Solymos & Calk<br>110 S Northern Way<br>York, PA 17402-3737 | Charles T Young Jr<br>(717) 757-7602 | | | 20,000.00 |
| Nj Manufacturers<br>301 Sullivan Way<br>Trenton, NJ 08628 | (609) 883-1300 | | | 19,128.70 |
| Jw Pierson Company<br>PO Box 1101<br>Glen Ridge, NJ 07028-0901 | (973) 673-5000 | | | 18,973.61 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Schrader Yacht Sales**<br>1723 Bay Ave<br>Point Pleasant Boro, NJ  08742-4507 | | **18,783.66** |
| **Bergey's Inc**<br>462 Harleysville Pike<br>Souderton, PA  18964-2153 | **(215) 723-6071** | **17,574.51** |
| **Constellation New Energy, Inc.** | | **16,790.52** |
| **Net Global Consultants**<br>193 Public Rd<br>Columbus, NJ  08022-2119 | **Nestor Montesdeoca**<br>**(609) 298-8580** | **14,338.00** |
| **Cohn Reznick**<br>23 Christopher Way<br>Eatontown, NJ  07724-3335 | **Jack  Callahan**<br>**(732) 578-0700** | **14,250.00** |
| **F & S tire Corp**<br>58 Brunswick Ave<br>Edison, NJ  08817-2513 | **(732) 287-8877** | **12,694.36** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 10, 2015**       Signature: **/s/ Timothy H. Shinn**

**Timothy H. Shinn, President**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only